UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**JOSHUA LATRAVIS PLATER**           CASE NO. 5:21-CV-00197 SEC P

VERSUS           JUDGE ELIZABETH E. FOOTE

**CADDO PARISH SHERIFF'S OFFICE DETENTION BUREAU ET AL.**      MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the pending motion for summary judgment [doc. #65], filed by Defendants Anthony Gaines; Gavin Mitchell; Joseph Bourne; and Todd Remedes, is **GRANTED**, and all claims against them are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plater's claims against "unknown nurse" are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b) due to his failure to effectuate timely service pursuant to Fed. R. Civ. P. 4(m).

**THUS DONE AND SIGNED** this 17th day of February, 2023.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE